No. 77–927.  HARRIS, ADMINISTRATRIX *v.* FIREMAN'S FUND AMERICAN LIFE INSURANCE Co.  C. A. 7th Cir.  Certiorari denied.

No. 77–930.  WATTS *v.* ILLINOIS; and

No. 77–937.  NELSON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.  Reported below: 47 Ill. App. 3d 798, 365 N. E. 2d 415.

No. 77–931.  KUNKLE, DBA R. J. RESTORATION Co. *v.* EGGLESTON.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 77–933.  WESTERVELT *v.* CENTRAL ILLINOIS PUBLIC SERVICE Co.  Sup. Ct. Ill.  Certiorari denied.

No. 77–935.  HELENE CURTIS INDUSTRIES, INC. *v.* CHURCH & DWIGHT Co., INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–941.  ENDER *v.* CHRYSLER CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–942.  REYNOLDS *v.* WETLI.  C. A. 6th Cir.  Certiorari denied.

No. 77–954.  GRESEN *v.* FEIKES ET AL.  Sup. Ct. Nev. Certiorari denied.

No. 77–975.  SUMMERS *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 77–1006.  JACEK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–1007.  LEFFERDINK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–1009.  HEDGEMAN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.